UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 15-00907 GHK (RAO)  Date: November 2, 2015
Title: Charlton E. Sanders v. Los Angeles County, et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| D. Luengo, Relief | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

On February 9, 2015, Plaintiff Charlton E. Sanders ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint pursuant to 42 U.S.C. §§ 1983, 1985, and 1986 ("Complaint"). The Complaint names multiple defendants in either their official or individual capacities. (ECF No. 1.)

After screening the Complaint pursuant to 28 U.S.C. § 1915, the Court determined that the Complaint was deficient in multiple respects and issued an order on September 18, 2015 ("September 18th Order") dismissing the Complaint, in part, with leave to amend. (ECF No. 22.) The September 18th Order granted Plaintiff until October 19, 2015 to amend and cautioned Plaintiff that "**failure timely to file a First Amended Complaint or failure to correct the deficiencies described above will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**" (*Id.* at 8-9.) However, to date, Plaintiff has not filed a First Amended Complaint.

In light of the foregoing IT IS HEREBY ORDERED that Plaintiff must show cause in writing, on or before **November 23, 2015**, why Plaintiff's action should not be dismissed due to his failure to prosecute. Plaintiff may discharge this Order by filing a First Amended Complaint that cures the defects described in the Court's September 18th Order. A copy of the September 18th Order is attached to this Order for Plaintiff's convenience.

**Failure to comply with this Order and/or to show cause will result in the dismissal of this action.**

**IT IS SO ORDERED.**

Attachment

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.:  CV 15-00907 GHK (RAO)          Date:  November 2, 2015
Title:  Charlton E. Sanders v. Los Angeles County, et al.

                                                        :
                                  Initials of Preparer    dl