UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLTON SANDERS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>　　　　　　Defendants. | Case No. CV 15-00907 AG (RAO)<br><br>ORDER ACCEPTING INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint; the motions to dismiss filed by Defendants Baca, County of Los Angeles, Gautt, Shuster, and Los Angeles County Sheriff's Department; all of the other records and files herein; and the Interim Report and Recommendation of United States Magistrate Judge ("Interim Report"). The time for filing objections to the Interim Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

///

///

Accordingly, IT IS ORDERED that:

(1) Defendants Shuster and Gautt's Motion to Dismiss is GRANTED and Plaintiff's Eighth Amendment and Negligent Spoliation claims against Defendants Shuster and Gautt are dismissed with prejudice and without leave to amend;

(2) Defendant Baca's Motion to Dismiss is GRANTED-IN-PART and Plaintiff's Eighth Amendment, Bane Act, Intentional Infliction of Emotional Distress, and Negligent Spoliation claims against Defendant Baca are dismissed with prejudice and without leave to amend;

(3) Defendant County of Los Angeles's Motion to Dismiss is GRANTED-IN-PART and Plaintiff's Eighth Amendment and Negligent Spoliation claims against Defendant County of Los Angeles are dismissed with prejudice and without leave to amend;

(4) Defendant Los Angeles County Sheriff's Department's Motion to Dismiss is GRANTED-IN-PART and Plaintiff's Eighth Amendment and Negligent Spoliation claims against Defendant Los Angeles County Sheriff's Department are dismissed with prejudice and without leave to amend; and

(5) Defendants Shuster, Gautt, Baca, County of Los Angeles, and Los Angeles County Sheriff's Department shall file Answers to the remaining claims against them within 14 days of this Order.

DATED: March 30, 2018

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE