# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLTON E. SANDERS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, *et al.*<br><br>    Defendants. | Case No. 2:15-cv-00907-PA-RAO<br><br>[~~PROPOSED~~] ORDER<br><br>Honorable Percy Anderson |

Before the Court is the parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41. The Stipulation of Dismissal is with prejudice and is signed by Charlton E. Sanders, in Pro Se, and counsel for Defendants County of Los Angeles, Los Angeles County Sheriff's Department, Lee Baca and Deputies Shuster, Gautt and Wolf, who have appeared in the action.

IT IS THEREFORE ORDERED that:

1. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Charlton E. Sanders and Defendants County of Los Angeles, Los Angeles County Sheriff's Department, Lee Baca and Deputies Shuster, Gautt and Wolf, by their undersigned attorneys, stipulate that this action is dismissed with prejudice.

2. Each party shall bear his own attorney's fees, including attorney fees per 42 USC Section 1988, costs, and expenses incurred by or on behalf of said party in connection with this action.

**IT IS SO ORDERED.**

Dated: December 23, 2020

*/s/ Rozella A. Oliver*

HONORABLE ROZELLA A. OLIVER
U. S. MAGISTRATE JUDGE

Case No. 2:14-cv-1247

[~~PROPOSED~~] ORDER